**SEALED**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF ILLINOIS**

**URBANA DIVISION**



E-FILED
Thursday, 07 December 2006  03:43:03 PM
Clerk, U.S. District Court, ILCD

FILED

DEC - 7 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR06-200 81 |
| Plaintiff, ) | |
| ) | |
| v. ) | IN VIOLATION OF: |
| ) | Title 21, United States Code, Sections |
| ANDRE M. JACKSON, ) | 841(a)(1), (b)(1)(A) and (b)(1)(B) and |
| ) | 18 United States Code, Section 2 |
| Defendant. ) | |
| ) | |

**I N D I C T M E N T**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>

On or about October 5, 2006, in Macon County, in the Central District of Illinois,

**ANDRE M. JACKSON,**

defendant herein, knowingly possessed 5 grams or more of a mixture and substance

containing cocaine base ("crack"), a Schedule II controlled substance, with the intent to

distribute.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT TWO

On or about October 5, 2006, in Macon County, in the Central District of Illinois,

**ANDRE M. JACKSON,**

defendant herein, knowingly attempted to manufacture 50 grams or more of a mixture and

substance containing cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

A TRUE BILL.

s/Foreperson

_____    _____
FOREPERSON

s/J. Childers

_____
RODGER A. HEATON
United States Attorney

CSB

2