E-FILED
Friday, 08 December, 2006  04:04:00 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| Plaintiff ) | |
| ) | |
| ) | CASE NO. **06-20081** |
| ) | |
| **ANDRE M. JACKSON** ) | |
| Defendant ) | |

## SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **2:00 P.M.** on **FEBRUARY 1, 2007** before the Honorable Michael P. McCuskey.

IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **9:00 A.M.** on **FEBRUARY 12, 2007** before the Honorable Michael P. McCuskey.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 8th day of December, 2006.


s/David G. Bernthal
_____
DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE


06-20081 scheduling order.wpd