# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

E-FILED
Wednesday, 13 December, 2006 10:56:07 AM
Clerk, U.S. District Court, ILCD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>    *Plaintiff* | ) ) ) | **WARRANT FOR ARREST** |
| vs | ) ) | CASE NO. 06-20081 |
| ANDRE M. JACKSON<br>    *Defendant* | ) ) | |

TO:  THE U. S. MARSHAL and any
       AUTHORIZED UNITED STATES OFFICER

**FILED**
DEC 13 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**YOU ARE HEREBY COMMANDED** to arrest **ANDRE M. JACKSON**, and bring him forthwith to the nearest magistrate judge to answer an Indictment charging him with Possession of 5 or more grams of cocaine base ("crack") with the intent to distribute in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B) and Attempt to manufacture 50 grams or more of a mixture and substance containing cocaine base ("crack") in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

**DAVID G. BERNTHAL**
*Name of Issuing Officer*

s/ David G. Bernthal
*Signature of Issuing Officer*

**U.S. MAGISTRATE JUDGE**
*Title of Issuing Officer*

12/7/06 at Urbana, IL
*Date and Location*

2006 DEC 11 P 4:47
U S MARSHALS SERVICE
CENTRAL ILLINOIS
RECEIVED

**Bail fixed at NONE. To be determined at initial appearance.**

---

**RETURN**
This warrant was received and executed with the arrest of the above named defendant at *Decatur*

| Date Received 12/11/06 | Name of Arresting Officer *David Dailey* | Signature of Arresting Officer |
| Date of Arrest 12/08/06 | Title of Arresting Officer *Decatur PD* | |