UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Crim. No. 06-20081 |
| | ) |
| ANDRE M. JACKSON, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S SENTENCING EXHIBIT

Now comes the Defendant, ANDRE M. JACKSON, by his attorneys, RICHARD H. PARSONS and JOHN TAYLOR of the Federal Public Defender's Office, and pursuant to Fed. R. Crim. P. 32(h)(i)(1)(C), hereby enters the following exhibit into evidence to support his oral commentary and in lieu of witness testimony regarding his appropriate sentence:

1. Exhibit A: Carlise Jones Letter.

Respectfully Submitted,

ANDRE M. JACKSON, Defendant

RICHARD H. PARSONS
Federal Public Defender

s/John Taylor
BY:_____
JOHN TAYLOR
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile: (217) 373-0667
Email: john_taylor@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Colin S. Bruce.

                                                s/John Taylor

                                                _____
JOHN TAYLOR
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile : (217) 373-0667
Email: john_taylor@fd.org

June 28, 2007

Dear Judge McCuskey;

I am writing this letter on behalf of Mr. Andre Jackson. I am a very good friend of Mr. Jackson. I have known this man for quite some time now, about thirteen years. I first met Andre through my older sister. Andre and my oldest sister had become best friends. Anytime that I saw Mr. Jackson from that point on, he treated me as one of his own sisters. I feel it to be only in my powers to write this letter today to let you know how I feel about Mr. Jackson. Andre is a very loving and caring person. He would go out of his way to help others. Andre is not the type of person to be in trouble. Andre has held plenty of positions at many jobs in Decatur, Il. Even at his job he would go beyond his work just to help others, even if this meant he had to stay over. Andre is a very intelligent man and has accumulated much of it from his mother. Andre and his mother have a very strong relationship. There has been times when Mrs. Helen has came over to my oldest sisters house and shed tears about Andre, being that he is the closest child that she has to her and now he's not even there. Andre has a son, Little Andre Jr. Anytime Andre would come over to my family he had his son with him no matter what time of the day it was. Andre would take his son to all of his football practices and games. He would sit and encourage Little Andre to do what was best for him in the sport his son liked to do. I haven't seen his son lately but, when I last seen him he had a very sad look and not a look that I was used to seeing on this child's face. I could only look at him and could tell he wishes his dad was here. Andre also shares a relationship with his only living sister. He picks up his nieces and takes them out on outing as if they were his children. Andre is a smart and nice person. This is not the life for Mr. Jackson. He has always been a working man and could hold a position at about any job. Mr. Jackson has never been in this kind of trouble and was caught in the wrong situation at the wrong time. At this point I am writing this letter to let you know Mr. Jackson does deserve a second chance on the streets to make him a better man and also to be there and do the same for his son Little Andre Jr.

Sincerely,
Ms. Carlise Jones