FILED RECEIVED

MAR 1 8 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

MAR 1 7 2008

U.S. DISTRICT JUDGE
URBANA, ILLINOIS

06-2081

3/13/08

Mr. Michael M. Cuskey

I am writing you in regards of the crack law and the powder verses crack. To my understanding you could have sentence me outside of the "Guide Lines." Before it's all said and done I would like to share a couple of things with you.

For the months that I have been here in Greenville Correctional I have been programing. First of all I have completed a drug program. During them classes I have realized that I have affected a lot of people in society. I have done that by making bad choices and getting involve in drugs. That class has help me notice that what I was doing was a major problem in society not a small one. I am looking forward to the 500 hour drug program.

I have sign up for G.E.D, I am on a waiting list that I think is going to start real soon.

As of right now I am in a voluntary 6 months values program, that consist of classes everyday for 2 to 3 hours long, about criminal thinking, ethic and Making better decisions. I need som tools to better shape my future.

When I was in your court room I had a speech with me. In that speech I said that their was a change in progress. Since then I have been making that change a reality. I am changing for the better. I also stated in the speach that I don't blame nothing and nobody for my action. I told the court that I accept full responsibility for my action. I do feel like I deserve time for what I have done. I was just hoping and praying that I can get a little less then 10 years.

I have lost my Aunt and my father since I have been locked up. I am a father now and I would like to have a say so in my son life. He just turned 13 and I think that now to his adult life is the main time a child need his father (Mainly boys and their father) I know I did this to myself. I am trying to get another shot at life. You said ~~you~~ in court that you believe that I am one of the guys that want to change. You also said that you would like to give me under 10 years. I tried to help the agents from my town and they said that the dude I was talking about caught a case and got 16 years. So I guess I wasn't anymore good to them. I also talked to 2 FBI agent about a bank robbery. At the time I went to court they hadn't been back to see me. So you granted a rule 35 in court. They came and talked to me and I told them what I know. I haven't herd nothing since I really would like to help. Just tell me how can I.

Thank you from the beginning to the ending. I hope to here from you soon

Sincerely
Andre
Jackson