E-FILED
Thursday, 05 June, 2008 03:43:05 PM
Clerk, U.S. District Court, ILCD

RECEIVED JUN 0 4 2008 U.S. DISTRICT JUDGE URBANA, ILLINOIS

FILED 6/2/08 JUN 0 5 2008 CLERK OF THE COURT U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS URBANA, ILLINOIS

Mr. McCuskey

    I am writing this letter in regards of the order that was sent to me on 5/28/08. I would like to appeal that order. Once I was detained in Clinton County Jail my lawyer inform me that if I sign a proffer agreement I would get some type of time cut. He told me about a departure (5K1), and said if I work with the agents from the town where im from, that I could get it. I talked to Dt. Daily from my area and told him about drug dealers, and drug houses. At that time he told me my information was useable. Then when I went to court 7/19/07 he later told the Government that my information was incomplete. Then the Government went on to say that the information I gave Dt Daily was about a guy that Dt. Daily eventually locked up on a state charge. I gave them additional information surrounding that case. I felt like I deserve something for that. I didn't expect much. I just thought I was getting something.

    After we were through with that part, you ask the Government was I still in the position for a rule 35. The Government said yes. As I was waiting to be transfered, two agents came, and talked to me about a Bank Robbery that took place in the town where I am from. The agents said the Bank Robbery occurred a year and a half prior to me getting sentence. I told them that I know who done it. They said that they think the person or the people who commited the crime, rob the bank and went out of town to lay low untill things cool off. I told them, that is exactly what happened. I told the two agents that I bought a car from him a little bit after he made it back. I told them that the car had the plates on it from the State that they think he went to. I told them I could verify that, because I still have the car. I also told them that he picked up a gun from my house that he dropped off before he left. I haven't heard nothing since. I would like to know what can I do about that. I feel like I was cheated.

                                                             Andre Jackson