**E-FILED**
Thursday, 05 June, 2008  03:47:40 PM
Clerk, U.S. District Court, ILCD



## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

CHAMBERS OF
MICHAEL P. MCCUSKEY
CHIEF U.S. DISTRICT JUDGE

318 U.S. COURTHOUSE
201 SOUTH VINE STREET
URBANA, ILLINOIS 61802

TELEPHONE 217-373-5837
FACSIMILE 217-373-5855

June 5, 2008

Andre Jackson
14707-026
Federal Correctional Institution
P.O. box 5000
Greenville, IL 62246

Re:     US v. Andre Jackson
        Case No. 06-CR-20081

Dear Mr. Jackson:

  I received your letter on June 4, 2008.  Since you stated that you want to appeal the order entered on May 28, 2008, an appeal will be filed on your behalf.  As far as the rest of the letter, this court has no involvement in or control over the Government's decision whether to file a motion for a reduction in your sentence.  However, I will make your letter a part of the court file and a copy will be provided to the assistant United States Attorney assigned to your case.

    Sincerely,

    s/Michael P. McCuskey
    Chief United States District Court Judge

cc:  Colin Bruce