E-FILED
Friday, 06 June, 2008  08:58:07 AM
Clerk, U.S. District Court, ILCD

## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois                Docket No.: 06-20081

Division: Urbana Division

**Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)**

United States of America                v.      Andre M Jackson

---

**Current Counsel for Plaintiff (Petitioner):**       **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Colin Bruce                         Name: Andre M. Jackson

Firm: US Attorney's Office                Firm:

Address: 201 S. Vine St.                  Address: PO Box 5000

Urbana, IL  61801                         Greenville, IL  62246

Phone: 217-373-5875                       Phone:

---

Judge: Michael P. McCuskey              Nature of Suit Code:  Crack Cocaine Amendment

Court Reporter: LC                       Date Filed in District Court:  12/7/06

                                         Date of Judgment: 7/20/07

                                         Date of Notice of Appeal: 6/5/08

Counsel:   ___Appointed       ___Retained    _X__Pro Se

Fee Status:   ___Paid     _x__Due      ___IFP       ___IFP Pending      ___U.S.      ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:       ___Yes        _x__No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  <u>14707-026</u>

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**