## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

June 6, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-2407
>
> Caption:
> UNITED STATES OF AMERICA,
> Plaintiff - Appellee
>
> v.
>
> ANDRE M. JACKSON,
> Defendant - Appellant
>
> District Court No: 2:06-cr-20081-MPM-DGB-1
> Court Reporter Lisa Cosimini
> District Judge Michael McCuskey
> Clerk/Agency Rep Pamela Robinson
>
> Date NOA filed in District Court: 06/05/2008

If you have any questions regarding this appeal, please call this office.

CC:

Lisa Cosimini

Pamela E. Robinson

form name: **c7_Docket_Notice_short_form** (form ID: **188**)