UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

NOTICE OF ISSUANCE OF MANDATE

July 18, 2008

To:  Pamela Robinson
UNITED STATES DISTRICT COURT
Central District of Illinois
U.S. Courthouse
Urbana, IL 61802-3369

FILED
JUL 21 2008 vlb
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| No.: 08-2407 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>ANDRE M. JACKSON, Defendant - Appellant |
|---|---|

| Originating Case Information: |
|---|
| District Court No: 2:06-cr-20081-MPM-DGB-1 |
| Central District of Illinois |
| Court Reporter Lisa Cosimini |
| District Judge Michael McCuskey |
| Clerk/Agency Rep Pamela Robinson |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any

direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:              Circuit Rule 3(c)

STATUS OF THE RECORD:           no record to be returned

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

-------------------------------------

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date:                           Received by:

7/21/08                         s/V. Ball

form name: c7_Mandate (form ID: 135)

**CERTIFIED COPY**

## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

July 18, 2008

| | |
|---|---|
| No.: 08-2407 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>ANDRE M. JACKSON,<br>Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 2:06-cr-20081-MPM-DGB-1<br>Central District of Illinois<br>Court Reporter Lisa Cosimini<br>District Judge Michael McCuskey<br>Clerk/Agency Rep Pamela Robinson |

Pursuant to Circuit Rule 3(c), a Docketing Statement must be filed within seven (7) days of the filing of the notice of appeal. The appellant failed to do so. The court issued a show cause order directing that the appellant file a Docketing Statement within fourteen (14) days of the date of the order or face a fine and/or dismissal of the appeal. To date, the appellant has not filed the required Docketing Statement.

**IT IS ORDERED** that this cause is **DISMISSED** for failure to comply with Circuit Rule 3(c).

form name: **c7_FinalOrderWMandate** (form ID: **137**)

A True Copy:
Teste:

_____
Clerk of the United States
Court of Appeals for the
Seventh Circuit.